Submitted on record and briefs January 31, reversed and remanded with instructions to dismiss indictment February 26, 1992

STATE OF OREGON,
*Respondent,*

*v.*

DANNY EUGENE WASHBURN,
*Appellant.*

(9002851CR; CA A68600)

825 P2d 297

Sally L. Avera, Public Defender, and J. Marvin Kuhn, Chief Deputy Public. Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM